UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| IN RE:<br>BURTON RUSSELL GINN<br>WHITNEY BLAIR GINN | CASE NO: 22-12967<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 2 |
|---|---|

On 10/26/2022, I did cause a copy of the following documents, described below,

Chapter 13 Plan ECF Docket Reference No. 2

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/26/2022

/s/ Robert R. Danecki
Robert R. Danecki  92105

Danecki Law Firm, P.L.C.
P.O. Box 1938
Little Rock, AR  72203
501 371 0002
robert@danecki.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| IN RE: | CASE NO: 22-12967 |
|---|---|
| BURTON RUSSELL GINN<br>WHITNEY BLAIR GINN | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 2 |

On 10/26/2022, a copy of the following documents, described below,

Chapter 13 Plan ECF Docket Reference No. 2

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/26/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Robert R. Danecki
Danecki Law Firm, P.L.C.
P.O. Box 1938
Little Rock, AR  72203

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (SEE EXPLICIT ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-12967<br>EASTERN DISTRICT OF ARKANSAS<br>WED OCT 26 11-23-36 PST 2022 | ~~CENTRAL DIVISION~~<br>~~US BANKRUPTCY COURT~~<br>~~300 W 2ND STREET~~<br>~~LITTLE ROCK  AR 72201-2400~~ | AARONS<br>800 W MAIN STREET<br>CABOT  AR 72023-2427 |
| ABRAHAMSEN GINDIN LLCSANTANDER BANK<br>245 MAIN STREET  SUITE 100<br>SCRANTON  PA 18519-1641 | ACIMA CREDIT<br>9815 SOUTH MONROE STREET<br>4TH FLOOR<br>SANDY  UT 84070-4384 | ARKANSAS DEPARTMENT OF WORKFORCE<br>SERVICE<br>LEGAL DIVISION<br>PO BOX 2981<br>LITTLE ROCK  AR 72203-2981 |
| BAPTIST HEALTH<br>PO BOX 25748<br>LITTLE ROCK  AR 72221-5748 | BRAD G DOWLER<br>PO BOX 30310<br>LITTLE ROCK  AR 72260-0006 | CAPITAL ONE<br>ATTN BNAKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 |
| CENTERPOINT ENERGY<br>ATTN BANKRUPTCY<br>PO BOX 4981<br>HOUSTON  TX 77210-4981 | CREDIT ACCEPTANCE<br>ATTN BANKRUPTCY<br>25505 WEST 12 MILE ROAD STE 3000<br>SOUTHFIELD  MI 48034-8331 | DEPARTMENT OF FINANCE AND<br>ADMINISTRATION<br>LEGAL DIVISION<br>PO BOX 1272<br>LITTLE ROCK  AR 72203-1272 |
| DEPT OF EDNELNET<br>ATTN BANKRUPTCY CLAIMSNELNET<br>PO BOX 82505<br>LINCOLN  NE 68501-2505 | ENHANCED RECOVERY COMPANY<br>ATTN BANKRUPTCY<br>8014 BAYBERRY ROAD<br>JACKSONVILLE  FL 32256-7412 | ENHANCED RECOVERY COMPANY<br>PO BOX 57547<br>JACKSONVILLE  FL 32241-7547 |
| GEICO INSURANCE CO DWSTORY  ASSOC<br>PO BOX 1269<br>MABANK  TX 75147-1269 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | LIBERTY MUTUAL<br>CO CREDIT COLLECTION SERVICES<br>725 CANTON STREET<br>NORWOOD  MA 02062-2679 |
| (P)MID SOUTH ADJUSTMENT CO   INC<br>P O BOX 5270<br>PINE BLUFF AR 71611-5270 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | EXCLUDE<br>~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LL~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ |
| PROFESSIONAL CREDIT MANAGEMENT  INC<br>PO BOX 4037<br>500 WEST WASHINGTON AVE<br>JONESBORO  AR 72401-2780 | RR WHEELS  CUSTOM TIRES<br>601 NORTH JTT WHITE LOOP<br>JACKSONVILLE  AR 72076 | (P)SNAP ON CREDIT<br>950 TECHNOLOGY WAY<br>SUITE 301<br>LIBERTYVILLE IL 60048-5339 |
| US ATTORNEY  EASTERN DISTRICT<br>PO BOX 1229<br>LITTLE ROCK  AR 72203-1229 | US TRUSTEE (UST)<br>OFFICE OF U S TRUSTEE<br>200 W CAPITOL  STE 1200<br>LITTLE ROCK  AR 72201-3618 | DEBTOR<br>BURTON RUSSELL GINN<br>27 HIGH PLANES DRIVE<br>CABOT  AR 72023-8191 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (OR DUPLICATE ADDRESS)
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE

ROBERT R DANECKI
ATTORNEY AT LAW
PO BOX 1938
LITTLE ROCK, AR 72203-1938

WHITNEY BLAIR GINN
27 HIGH PLANES DRIVE
CABOT  AR 72023-8191

ADDRESSES WHERE FAX NOTICES OF PRESENTMENT WERE SERVED VIA FAX: ALL PARTIES WERE SERVED THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

| (U.S. Trustee) | (Joint Debtor) | (Debtor) |
|---|---|---|
| U.S. Trustee (ust) | Whitney Blair Ginn | Burton Russell Ginn |
| Office Of U. S. Trustee | 27 High Planes Drive | 27 High Planes Drive |
| 200 W Capitol, Ste. 1200 | Cabot, AR 72023 | Cabot, AR 72023 |
| Little Rock, AR 72201 | represented by: | represented by: |
|  | Robert R. Danecki | Robert R. Danecki |
| USTPRegion13.LR.ECF@usdoj.gov | Attorney at Law | Attorney at Law |
|  | P.O. Box 1938 | P.O. Box 1938 |
|  | Little Rock, AR 72203-1938 | Little Rock, AR 72203-1938 |
|  | Robert@danecki.com | Robert@danecki.com |